FRANK KUECKEL, Appellant, *v.* EDGAR S. RYDER et al., Respondents.

*Kueckel v. Ryder*, 54 App. Div. 252, affirmed.
(Argued January 21, 1902; decided February 11, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

November 23, 1900, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term.

*Edward P. Lyon* and *Arnon L. Squiers* for appellant.

*Robert Thorne* and *Frank L. Hall* for respondents.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.